IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

EDWARD HIMES, )
)
    Plaintiff, )
)
v. ) CV 316-056
)
FNU EMMONS, Warden; )
DEANN MORRIS, Medical Administrator; )
MICHAEL SEWARD, Doctor; FNU BODI, )
PA; FNU PULLIN, Nurse; FNU Smith, Nurse, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 7th day of September, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE